Opinion filed October 25, 2007 











 
 
  
 
 







 
 
  
 
 




Opinion filed October 25,
2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-07-00283-CV 

                                                    __________

 

                                    MANUELO
LEVARIO, Appellant

 

                                                             V.

 

                             MARGARITA
AGUIRRE LUGO, Appellee

 



 

                                        On
Appeal from the County Court at Law

                                                           Ector
County, Texas

                                                Trial
Court Cause No. CC-19,023

 



 

                                              M E
M O R A N D U M   O P I N I O N

On September 28, 2007, the clerk of this court wrote
the parties advising them that it appeared an appeal had not been timely
perfected and directing appellant to respond on or before October 16, 2007,
showing grounds for continuing the appeal.  There has been no response to our 
September 28 letter.

The appeal is dismissed for want of jurisdiction.

 

October 25, 2007                                                                              PER
CURIAM

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.